1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant MENDEZ-GIL

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12

13  UNITED STATES OF AMERICA,          )   No. CR-10-0222 PJH
                                       )
14          Plaintiff,                 )   STIPULATED REQUEST TO CONTINUE
                                       )   HEARING DATE TO MARCH 14, 2011
15     v.                              )   AND TO EXCLUDE TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
16  IGNACIO MENDEZ-GIL,                )
                                       )   Date:   February 3, 2011
17          Defendant.                 )   Time:   9:30 a.m.
                                       )   Court:  Hon. Laurel Beeler
18                                     )
                                       )
19  _____    )

20

21      The above-captioned matter is set on February 3, 2011 before Magistrate Judge Laurel

22  Beeler for a status hearing. The parties request that this Court continue the hearing to March 14,

23  2011 at 9:30 a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under the

24  Speedy Trial Act between February 3, 2011 and March 14, 2011.

25      Mr. Mendez-Gil made his initial appearance less than one month ago. The government

26  has provided a batch of discovery. The government has also indicated that it intends to pursue

27  additional charges against Mr. Mendez-Gil. The defense needs time to review the discovery and

28

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 14, 2011 AND TO EXCLUDE TIME
No. CR-10-0222 PJH

perform necessary investigation and research. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between February 3, 2011 and March 14, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: February 1, 2011

  /s/ James Mann                                    /s/ Ned Smock
JAMES MANN                                         NED SMOCK
Assistant United States Attorney                   Counsel for Ignacio Mendez-Gil
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>     Plaintiff,                                     )<br>                                                            )<br>  v.                                                   )<br>                                                            )<br> IGNACIO MENDEZ-GIL,                  )<br>                                                            )<br>     Defendant.                                )<br>                                                            )<br>_____) | No. CR-10-0222 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 14, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that the hearing in this matter be continued from February 3, 2011 to March 14, 2011, and that time be excluded under the Speedy Trial Act between February 3, 2011 and March 14, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. Mr. Mendez-Gil made his initial appearance less than one month ago. The government has provided a batch of discovery. The government has also indicated that it intends to pursue additional charges against Mr. Mendez-Gil. The defense needs time to review the discovery and perform necessary investigation and research. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to March 14, 2011 at 9:30 a.m. before Magistrate Judge Donna Ryu, and that time between February 3, 2011 and March 14, 2011 is excluded under the Speedy Trial Act to allow for the effective

1  preparation of counsel, taking into account the exercise of due diligence, and continuity of
2  defense counsel.
3
4  DATED: February 1, 2011
5  _____
   LAUREL BEELER
6  United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 14, 2011 AND TO EXCLUDE TIME
No. CR-10-0222 PJH