1  BARRY J. PORTMAN
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5
   Counsel for Defendant MENDEZ-GIL
6

7

8
                     UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12

13 | UNITED STATES OF AMERICA,           )   No. CR-10-0222 PJH
                                         )
14 |     Plaintiff,                      )   STIPULATED REQUEST TO CONTINUE
                                         )   HEARING DATE TO MARCH 31, 2011
15 |  v.                                 )   AND TO EXCLUDE TIME UNDER THE
                                         )   SPEEDY TRIAL ACT
16 | IGNACIO MENDEZ-GIL,                 )
                                         )   Date:   March 14, 2011
17 |     Defendant.                      )   Time:   9:30 a.m.
                                         )   Court:  Hon. Donna Ryu
18                                       )
                                         )
19 |_____)

20
        The above-captioned matter is set on March 14, 2011 before Magistrate Judge Donna
21
   Ryu for a status hearing. The parties request that this Court continue the hearing to March 31,
22
   2011 at 9:30 a.m. before Magistrate Judge Donna Ryu and that the Court exclude time under the
23
   Speedy Trial Act between March 14, 2011 and March 31, 2011.
24
        Mr. Mendez-Gil made his initial appearance less than two months ago. The government
25
   has provided a batch of discovery. Although the indictment charges one count of illegal reentry,
26
   the government has also indicated that it intends to pursue additional charges against Mr.
27

28
   STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 31, 2011 AND TO EXCLUDE TIME
   No. CR-10-0222 PJH

1  Mendez-Gil.  The defense needs additional time to review the discovery and perform necessary

2  investigation and research.  The parties agree the ends of justice served by granting the

3  continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore,

4  the parties further stipulate and request that the Court exclude time between March 14, 2011 and

5  March 31, 2011 in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

6  3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

DATED: March 7, 2011

  /s/ James Mann                                   /s/ Ned Smock
JAMES MANN                                          NED SMOCK
Assistant United States Attorney            Counsel for Ignacio Mendez-Gil
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 31, 2011 AND TO EXCLUDE TIME
No. CR-10-0222 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0222 PJH |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 31, 2011 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| IGNACIO MENDEZ-GIL, | ) ) | |
| Defendant. | ) ) ) | |

The parties jointly requested that the hearing in this matter be continued from March 14, 2011 to March 31, 2011, and that time be excluded under the Speedy Trial Act between March 14, 2011 and March 31, 2011 to allow for the effective preparation of counsel, taking into account the exercise of due diligence, and continuity of defense counsel. The government has provided a batch of discovery. Although the indictment charges one count of illegal reentry, the government has also indicated that it intends to pursue additional charges against Mr. Mendez-Gil. The defense needs additional time to review the discovery and perform necessary investigation and research. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued to March 31, 2011 at 9:30 a.m. before Magistrate Judge Donna Ryu, and that time between March 14,

1 | 2011 and March 31, 2011 is excluded under the Speedy Trial Act to allow for the effective

2 | preparation of counsel, taking into account the exercise of due diligence.

DATED: 3/8/11

_____
HON. DONNA RYU
United States Magistrate Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 31, 2011 AND TO EXCLUDE TIME
No. CR-10-0222 PJH